IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT KING | : | |
| Petitioner, | : | No. 1:17-cv-01045-UNA |
| | : | |
| v. | : | |
| | : | |
| PERRY PHELPS, Commissioner, | : | |
| Delaware Department of Corrections | : | |
| Respondent, | : | |
| | : | |
| DANA METZGER, Warden, | : | |
| James T. Vaughn Correctional Center | : | |
| Respondent. | : | |

## *EX PARTE* MOTION TO SEAL

Christopher S. Koyste, on behalf of Robert King, hereby *ex parte* moves the Court to Seal this Motion and the accompanying *Ex Parte* Motion for Appointment of Counsel. As the Motion for Appointment of Counsel discloses confidential communications concerning finances and the scope of activities for which Counsel will be compensated for indigent services, Mr. King requests that the sealed *ex parte* Motion for Appointment of Counsel be sealed. In addition, based upon my discussions with an experienced attorney in Delaware concerning the appointment of counsel in indigent federal cases, Counsel advances that the appointment process for indigent defendants is not an adversarial process which would require notice to and the involvement of state or federal prosecutors.

WHEREFORE, Mr. King requests that the Court seal this motion and the accompanying motion.

/s/ Christopher S. Koyste
―――――――――――――――――――
Law Office of Christopher S. Koyste, LLC
709 Brandywine Boulevard
Wilmington, DE 19809
(302) 762-5195
Counsel for Robert King

Date: July 31, 2017